```
1  Daniel M Delluomo
   Steven W Crow
2  DELLUOMO & CROW
   5617 N. Classen Blvd.
3  Oklahoma City, OK 73118
   Telephone: (405) 843-0400
4  Facsimile: (405) 843-5005

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 11-2590 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| John A. Robinson, Sr., as personal representative of the Estate of Barbara A. Robinson, Deceased,<br><br>               Plaintiff,<br>vs.<br><br>Pfizer Inc, a foreign corporation, maker of the drug Celebrex,<br><br>               Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice as to all parties**, with each side bearing

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

its own attorneys' fees and costs.

DATED: 7-10, 2011      By: /s/ Steven W. Crow

**DELLUOMO & CROW**
5617 N. Classen Blvd.
Oklahoma City, OK 73118
Telephone: (405) 843-0400
Facsimile: (405) 843-5005

*Attorneys for Plaintiff*

DATED: _____, 2011      By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 15, 2011

_____
Hon. Charles R. Breyer
United States District Court

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*